Tommy SF Wang (SBN: 272409)
Che Wei Kang (SBN: 302176)
Wang IP Law Group, P.C.
18645 E. Gale Ave. Ste #205
City of Industry, CA 91748
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@thewangiplaw.com; jkang@thewangiplaw.com

Attorneys for Plaintiff
Bragel International, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRAGEL INTERNATIONAL, INC., A CALIFORNIA CORPORATION, | Case No. 2:18-cv-08550-R-RAO |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| FOSHAN AMAZONG TRADING CO., LTD, AS A FOREIGN LIMITED LIBAILITY CORPORATION; AND DOES 1 – 10, INCLUSIVE | |
| Defendant. | |

//
//

The Court, having considered Plaintiff Bragel International, Inc.'s Notice of Voluntary Dismissal, ORDERS as follows:

1. The Court hereby dismisses the case with prejudice.

**IT IS SO ORDERED**

Dated: April 8, 2019

_____
Hon. Manuel L. Real
United States District Court Judge